JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VICTORY SHIPPING SDNBHD,

          Plaintiff,

          -against-

BIGMOUNT INTERNATIONAL LIMITED,
SECOND STRAND LIMITED and LYNCOTT
ENTERPRISES,

          Defendants.
----------------------------------------X

08 CV 5433

1:08-cv-_____

RULE 7.1 STATEMENT


RECEIVED
JUN 16 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, VICTORY SHIPPING SDNBHD ("VICTORY"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of Plaintiff.

Dated:   New York, NY

       June 16, 2008

                            Respectfully submitted,

                            MAHONEY & KEANE, LLP
                            Attorneys for Plaintiff
                            VICTORY SHIPPING SDNBHD

          By: _____
                GARTH S. WOLFSON
                11 Hanover Square, Tenth Floor
                New York, NY 10005
                Tel. (212) 385-1422
                Fax (212) 385-1605
                <u>File No. 12/3598/B/08/6</u>