USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VICTORY SHIPPING SDNBHD,

        Plaintiff,

    -against-

BIGMOUNT INTERNATIONAL LIMITED,
SECOND STRAND LIMITED and LYNCOTT
ENTERPRISES,

        Defendants.
------------------------------------X

1:08-cv-5433 (JSR)

ORDER APPOINTING
PERSON TO SERVE
PROCESS

    Upon application of the Plaintiff for an order appointing Edward A. Keane, Cornelius A. Mahoney, Christopher H. Mansuy, Garth S. Wolfson, Jorge A. Rodriguez, Marie Cush, or any other partner, associate, paralegal or other agent of MAHONEY & KEANE, LLP to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and it appearing that Edward A. Keane, Cornelius A. Mahoney, Christopher H. Mansuy, Garth S. Wolfson, Jorge A. Rodriguez, Marie Cush, or any other partner, associate, paralegal or other agent of MAHONEY & KEANE, LLP, are qualified persons over 18 years of age and not parties to this action, and that the expediting of the service of process will result from such appointment,

    IT IS ORDERED that Edward A. Keane, Cornelius A. Mahoney, Christopher H. Mansuy, Garth S. Wolfson, Jorge A. Rodriguez, Marie Cush, or any other partner, associate, paralegal or other agent of MAHONEY & KEANE, LLP be and is hereby appointed, in addition to

- 1 -

- 2 -

the United States Marshal, to serve the Process of Attachment and Garnishment and the Complaint, together with any interrogatories, upon garnishee(s) Bank of America, Bank of New York, Citibank, HSBC Bank USA NA, J.P. Morgan Chase, Standard Chartered Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank N.V., American Express Bank Ltd., Mellon Bank and/or UBS, together with any other garnishee(s) who (based upon information developed subsequent hereto by Plaintiff) may hold assets of, for, or on behalf of Defendants.

Dated:   New York, NY
         June 17, 2008

                                           _____
                                                  U.S.D.J.